

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2022

No. 04-21-00172-CV

**J-W POWER COMPANY**,
Appellant

v.

**DUVAL COUNTY APPRAISAL DISTRICT**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-19-210
Honorable Baldemar Garza, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Appellant's motion for rehearing is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court